■ JOHN H. SECOR, JR., Appellant, v BARON MOTOR CARRIERS, INC., et al., Respondents.—In a negligence action to recover damages for personal injuries, plaintiff appeals from (1) a judgment of the Supreme Court, Rockland County, dated July 27, 1978, in favor of the defendant, upon a jury verdict, and (2) an order of the same court, dated June 26, 1978, which denied his motion to set aside the jury verdict as contrary to the weight of the evidence. Appeal from order dated June 26, 1978 dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Judgment dated July 27, 1978 affirmed, without costs or disbursements. On this record there was ample evidence to support the jury's verdict. Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.

■ SAMUEL SETTON, as Custodian under the New York Uniform Gifts to Minors Act for JEFFREY SETTON, et al., Respondents, v SHARON MATALON et al., Appellants.—Appeal from an order of the Supreme Court, Kings County, dated December 15, 1978, which, *inter alia,* granted plaintiffs' motion for summary judgment, dismissed as academic. It was superseded by an order of the same court, also dated December 15, 1978, which, upon reargument, adhered to its original determination (see CPLR 5517). Order made upon reargument, affirmed. No opinion. Plaintiffs are awarded one bill of $50 costs and disbursements. Lazer, J. P., Rabin, Shapiro and Margett, JJ., concur.